UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOODY,<br><br>       Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Case No. 18-cv-07696-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 30, 2019

_____
SUSAN ILLSTON
United States District Judge